UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District of Kentucky

| | |
|---|---|
| In re:  LISA E TRUE<br>1215 BRENTSVILLE RD<br>PARIS, KY  403619714<br>SSN: XXX-XX-6183 | Case Number: 0550229<br>Chapter: 13  Judge: JMS<br>Claim Number: 8/2008<br>Court Claim Number: 08<br>Original Claim Amount: $22,725.98<br>Court Claim Amount: $22,725.98 |

### JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(E)(2) AND WAIVER OF OPPORTUNITY TO OBJECT

National City Bank (the "Seller/Transferor/Assignor") and National Capital Management, LLC (the "Purchaser/Transferee/Assignee") do hereby provide, joint notice of the unconditional sale and transfer of all right, title, and interest in and to Bankruptcy Claims (as such is defined in the Asset Purchase Agreement dated 05/22/2006 by and between Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Bankruptcy Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001(e)(2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings.  The Seller/Transferor/Assignor concurs with the request and hereby informs the court that it has been notified of the transfer and declines its opportunity to object under FRBP 3001(e)(2).  Accordingly, the Seller/Transferor/Assignor and the Purchaser/Transferee/Assignee jointly request that the transfer of the Bankruptcy Claim be made immediately upon the docketing of the Joint Notice of Transfer of Claim.

Purchaser/Transferee/Assignee hereby requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or orther parties in interest.

Dated:  05/23/2006

| SELLER/ASSIGNOR/TRANSFEROR: | PURCHASER/ASSIGNEE/TRANSFEREE |
|---|---|
| National City Bank | National Capital Management, LLC |
| 6750 Miller Road Locator 01-7103 | 8245 Tournament Drive, Suite 230 |
| Brecksville, OH 44141 | Memphis, TN  38125 |
| (440) 546-6053 | (901) 748-2900 |
| By: /s/ MARK BIARS | By: /s/ Christopher M. Wall |
| SENIOR VICE PRESIDENT | Director of Operations |